# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1143**
**CA 12-00062**
PRESENT: SCUDDER, P.J., SMITH, FAHEY, CARNI, AND VALENTINO, JJ.

---

KAREN MCGRATH AND STEVEN FOLEY,
PLAINTIFFS-RESPONDENTS,

V                                                    MEMORANDUM AND ORDER

TOWN OF IRONDEQUOIT, DEFENDANT-APPELLANT.
(APPEAL NO. 2.)

---

LIPPMAN O'CONNOR, BUFFALO (GERARD E. O'CONNOR OF COUNSEL), FOR
DEFENDANT-APPELLANT.

MICHAEL J. TUOHEY, ROCHESTER, FOR PLAINTIFFS-RESPONDENTS.

---

Appeal from an order of the Supreme Court, Monroe County (Ann Marie Taddeo, J.), entered October 12, 2011.  The order granted the motion of plaintiffs for leave to amend the complaint.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Same Memorandum as in *McGrath v Town of Irondequoit* ([appeal No. 1] ___ AD3d ___ [Nov. 16, 2012]).

Entered:  November 16, 2012                          Frances E. Cafarell
                                                     Clerk of the Court